**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| DONALD GRANGER AND | : | |
| TERESIA RICHARD, | : | |
| | : | Case No. 3:12-cv-00108-RLM-CAN |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF SETTLEMENT** |
| NORTHSTAR LOCATION SERVICES,: | | |
| LLC, | : | |
| | : | |
| Defendant. | : | |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: June 20, 2012                                    Respectfully submitted,

                                                   /s/ Marshall S. Meyers

                                                   Marshall S. Meyers
                                                   Weisberg & Meyers, LLC
                                                   5025 N. Central Ave, #602
                                                   Phoenix, AZ 85012

Email: MMeyers@AttorneysForConsumers.com
Telephone: (888) 595-9111 ext. 111
Facsimile: (866) 565-1327 Fax
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on June 20, 2012, I electronically filed the foregoing NOTICE OF SETTLEMENT with the clerk of the U.S. District Court, Northern District of Indiana, South Bend Division, using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system on June 20, 2012 to:

David Schultz
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago IL 60601

/s/ Marshall S. Meyers

Marshall S. Meyers
Weisberg & Meyers, LLC