UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| DONALD GRANGER and<br>TERESA RICHARD, | )<br>)<br>) | |
| *Plaintiffs* | )<br>) | |
| vs. | ) | CAUSE NO. 3:12-CV-108 RM |
| NORTHSTAR LOCATION<br>SERVICES, LLC, | )<br>)<br>)<br>) | |
| Defendant | ) | |

ORDER

Pursuant to the stipulation of dismissal [Doc. No. 20] and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party to bear their own costs.

SO ORDERED.

ENTERED:    August 21, 2012

    /s/ Robert L. Miller, Jr.
Judge
United States District Court